# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

SYLVIA ROSE,

    Plaintiff,

v.                                                                                                              No.: 2:20-cv-02205-MSN-cgc

TARGET STORES, a division of
TARGET CORPORATION,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal, (ECF No. 1), filed March 19, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice, filed May 2, 2022, (ECF No. 82), and under Fed. R. Civ. P. 41(a)(1)(A)(ii) which allows dismissal of actions without a court order, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 02, 2022
Date